David J. Kaminski
kaminskid@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ALLIED INTERSTATE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HALTERMAN,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE LLC,<br><br>   Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

   PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant ALLIED INTERSTATE LLC ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

   1.   On June 30, 2014, Plaintiff MATTHEW HALTERMAN ("Plaintiff") filed a small claims action in the Superior Court of California for the County of Los Angeles, entitled *Matthew Halterman v. Allied Interstate LLC*, Case No. 14D05067. A true and correct copy of Plaintiff's Claim and ORDER to Go to Small Claims Court ("Claim") is attached hereto as Exhibit A.

2. Plaintiff's Claim was served on Defendant via certified mail on July 2, 2014.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 USC § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure.

4. There are no other defendants named in Plaintiff's Claim.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act ("FDCPA"; 15 U.S.C. § 1692, et seq.). (See Plaintiff's Claim, Item 3.) It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Claim does not include a demand for a jury trial. Defendant demands a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: July 31, 2014    CARLSON & MESSER LLP

By:    s/David J. Kaminski
       David J. Kaminski
       Attorneys for Defendant
       ALLIED INTERSTATE LLC