E-FILED 8/25/14
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HALTERMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE LLC,<br><br>　　　　　Defendant. | CASE NO. 2:14-cv-06050-PSG-AS<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff MATTHEW HALTERMAN, ("Plaintiff") and Defendant ALLIED INTERSTATE LLC, ("Defendant), through its counsel of record, Tamar Gabriel of Carlson & Messer LLP, to dismiss the above-entitled action in its entirety, with prejudice. The Court orders as follows:

{00020488;1}

1

CASE NO: 2:14-cv- 06050-PSG-AS
ORDER

1. That the above-entitled lawsuit is hereby dismissed, pursuant to FRCP41(a)(1)(A)(ii). Plaintiff's individual claims against Defendants are dismissed, with prejudice.

Each party shall bear their own costs and expenses.

SO ORDERED.

Dated: 8/25/14

PHILIP S. GUTIERREZ
United States District Judge